157 A.3d 842

EVE C. PASTERNAK AND STEVEN PASTERNAK, PLAINTIFFS–PETITIONERS, v. PNC BANK, N.A., PNC BANK, DEFENDANT–RESPONDENT, AND MATTELMAN, WEINROTH & MILLER, PC, GEORGE J. WEINROTH, JOHN C. MILLER, III, MARTIN WEINBERG, DEFENDANTS.

December 5, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000507–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.